UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERONICA MARTINEZ, both individually and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BROADRIDGE FINANCIAL SOLUTIONS, INC., and TMG MAILING SOLUTIONS, INC.,<br><br>Defendants | Case No.: 2:20-cv-03722-WJM-CLW |

**NOTICE OF JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**

For the reasons set forth in the Parties' Memorandum of Law in Support of the Joint Motion for Final Approval of Class Settlement and the Declaration of Artemio Gerra and supporting documents, the Parties respectfully request that the Court grant final approval of the Settlement Agreement, including:

(i) a ruling that the Agreement is final, fair, reasonable, adequate, and binding on all Qualified Class Members (as such term is defined in the Settlement Agreement, attached as Exhibit 1 to the Declaration of Artemio Guerra in support of this motion ("Guerra Decl."));

1

(ii)  entry of the Final Approval Order and entry of Final Judgment attached hereto;

(iii) dismissal of this case with prejudice, subject to the Court's retention of jurisdiction to oversee enforcement of the Settlement Agreement;

(iv) an order that Defendant transfer all funds due herein to the Qualified Settlement Fund in the timeframe specified by the Settlement Agreement;

(v) an order that the Settlement Administrator should distribute Settlement Checks from the Qualified Settlement Fund per the Settlement Agreement timing requirements; and

(vi) an order that the amount of any Settlement Checks that remain uncashed at the end of the payout period described herein, and that are not used to fund the Errors and Omissions Fund agreed upon in the Settlement Agreement, will be returned to Defendants.

The Parties have attached a Proposed Order and a Proposed Final Judgment hereto.

Date: January 23, 2024

*/s/ Glen D. Savits*
**GREEN SAVITS, LLC**
Glen D. Savits
25 Vreeland Rd. #207
Florham Park, New Jersey 07932
(973) 695-7777
Gsavits@greensavits.com

**HKM Employment Attorneys LLP**
Artemio Guerra (*Pro Hac Vice*)
Shifa Alkhatib (*Pro Hac Vice*)
153 Main Street, Suite 201
New Paltz, NY 12561
212-439-5127

*Counsel for Plaintiffs*