UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERONICA MARTINEZ, both individually and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BROADRIDGE FINANCIAL SOLUTIONS, INC., and TMG MAILING SOLUTIONS, INC.,<br><br>Defendants | Case No.: 2:20-cv-03722-CLW |

**FINAL JUDGMENT**

WHEREAS, on September 26, 2023, the Court granted preliminary approval of the Settlement Agreement and Release between the above-captioned Parties in this Litigation (the "Agreement"), approved the form of the Notice of Class Action Settlement ("Class Notice"), and authorized the mailing of Class Notices Class Members ("Preliminary Approval Order")

WHEREAS, on April 26, 2024, the Court entered its Order Granting the Parties' Motion for Final Approval of the Class Settlement and Plaintiffs' Motion

1

for Approval of Attorneys' Fees, Reimbursement of Expenses, and Service Awards (the "Final Approval Order"), granting final approval to the settlement;

WHEREAS, in the Final Approval Order, the Court found that the Settlement is fair, reasonable, and adequate within the meaning of Federal Rule of Civil Procedure 23(e), the Fair Labor Standards Act, and all other applicable law;

WHEREAS, the Court has found that the Class Notice (as defined in the Agreement) fairly and adequately informed Class Members of the terms of the settlement, was consistent with Federal Rule of Civil Procedure 23 and due process, and was given in the manner prescribed by the Agreement and the Preliminary Approval Order; and

WHEREAS, in the Final Approval Order, the Court approved the Settlement Administrator to make payments and distributions and take all measures described in the Agreement as called for in the Final Approval Order;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

This Court hereby enters final judgment in this case approving the Agreement as fair, reasonable, and adequate, and dismisses this case with prejudice, in accordance with the terms of the Agreement and the Final Approval Order.

Class Members (as defined in the Settlement Agreement) received Notice under Rule 23(c)(2) and the Court finds them to be class members bound by this Final Judgment with the exception of those individuals listed on the attached Exhibit A who opted out.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the Plaintiffs and Class Members, and the Defendants for the purpose of supervising the implementation, enforcement, construction, and interpretation of the Agreement, the Preliminary Approval Order, the Final Approval Order, and this Final Judgment.

It is so ORDERED this 26th day of April, 2024.

*s/ Cathy L. Waldor*
Honorable Cathy L. Waldor
United States Magistrate Judge